IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC VONCHARLES MOSBY (TDCJ No. 2015880), | § § § § § | |
| Petitioner, | § § | |
| V. | § | No. 3:17-CV-2241-M-BN |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner shall therefore pay the $5.00 filing fee within 21 days of this order.

SO ORDERED this 18th day of September, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE